**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Isaiah BYNES, Defendant–Appellant.**

No. 13–14724

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 25, 2014.

Linda Julin McNamara, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Andrew Tysen Duva, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Bruce Parker Culbert, Whittington & Culbert, PA, Green Cove Springs, FL, Isaiah Bynes, FCI Beaumont Low, Beaumont, TX, for Defendant–Appellant.

Before MARCUS, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Bruce Culpert, counsel for Isaiah Bynes, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Bynes's conviction and sentence are **AFFIRMED.**